FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 SEP 24 PM 3: 29

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLOR
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.                                     CASE NO. 2:08-cr-144-FtM-99DNF

KEVIN L. CHATTERSON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

#### A. Introduction

At all times material to this Indictment:

1. Defendant KEVIN L. CHATTERSON was convicted of a criminal sexual act in the third degree in the State of New York, on or about May 25, 1999.

2. Following his New York conviction, defendant KEVIN L. CHATTERSON traveled from the State of New York to the State of Florida, where he resided or became employed.

3. Defendant KEVIN L. CHATTERSON was required to register, and keep his registration current, with the State of Florida, under the Sex Offender Registration and Notification Act, Title 42, United States Code, Section 16901 et seq. ("the Act"), because he is a sex offender as defined by the Act.

#### B. The Charge

4. On or about February 28, 2007, through on or about September 18, 2008, in Lee County, Florida, in the Middle District of Florida, and elsewhere,

KEVIN L. CHATTERSON

the defendant herein, did knowingly fail to register or update a registration as required by the Sex Offender Registration and Notification Act,

All in violation of Title 18, United States Code, Section 2250(a).

Dated: 9/24/08

A TRUE BILL,

*[signature]*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
Yolande G. Viacava
Assistant United States Attorney

By: *[signature]*
Douglas Molloy
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34  APR 1991

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

KEVIN L. CHATTERSON

**INDICTMENT**

Violations:

Title 18, United States Code, Section 2250(a).

A true bill,

_____
Foreperson

Filed in open court this 24TH day
of September, A.D. 2008.

_____
Clerk

Bail $_____

GPO 863 525